**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** II    **Investigating Agency** DEA

**City** Tewksbury and Methuen

**County** Middlesex and Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant X
- Magistrate Judge Case Number: 24-8116-PGL
- Search Warrant Case Number: see additional info
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-10090-DJC, 22-10054-ADB    ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Cesar PARRA    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "Flow"

**Address:** Methuen, Massachusetts

**Birth date (Yr only):** 1995   **SSN (last 4#):** ____   **Sex:** M   **Race:** White   **Nationality:** ____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Samuel R. Feldman    **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/26/2024    **Signature of AUSA:** /s/

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Cesar PARRA a/k/a "Flow"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846, 841(b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 400g+ Fentanyl and 5kg+ Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317, 8397, 8398, 8399-PGL; 24-8102, 8103, 8104, 8117, 8118, 8119, 8120-PGL

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013